UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-16633 |
| | ) | |
| CAROL ROBINSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| | ) | **ORDER DISMISSING CASE** |

An order entered on December 5, 2016 denied the debtor's application to pay the filing fee in installments, required the fee to be paid by December 9, 2016, and provided that the case would be dismissed if the fee was not paid, with jurisdiction retained as to whether there should be with a 1-year bar against re-filing. (Docket 8). As the debtor failed to pay the fee by December 9, 2016, the case is dismissed and jurisdiction is retained as to sanctions.

IT IS SO ORDERED.

Pat E. Morgenstern-Clarren
United States Bankruptcy Judge