UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



In re: ) Case No. 16-16633
)
CAROL ROBINSON, ) Chapter 13
)
    Debtor. ) Judge Pat E. Morgenstern-Clarren
)
) **ORDER REQUIRING DEBTOR TO**
) **APPEAR AND SHOW CAUSE**

    This is the debtor's 17th case since 2007. The Court dismissed this case because the debtor did not pay the filing fee by December 9, 2016. (Docket 8). The Court retained jurisdiction as to sanctions. While the debtor late-paid the fee for this case, she still owes fees in her other cases: case no. 07-14210 ($272.00); case no. 08-18214 ($274.00); case no. 09-19290 ($274.00); case no. 10-14304 ($274.00); case no. 10-21142 ($5.00); case no. 15-16414 ($310.00); and 15-17123 ($210.00), for a total of $1,619.00.

    IT IS, THEREFORE, ORDERED that the debtor Carol Robinson is to appear on **January 12, 2017** at 8:30 a.m. in Courtroom 2A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio to show cause why she has failed to address this issue in her cases. She should be prepared to explain why a 1-year bar against filing a petition under the Bankruptcy Code should not be imposed. *See* 11 U.S.C. §349(a).

    IT IS SO ORDERED.

                                                   _____
                                                   Pat E. Morgenstern-Clarren
                                                   United States Bankruptcy Judge