```
                        United States Bankruptcy Court
                           Northern District of Ohio
```

In re:                                                          Case No. 16-16633-pmc
Carol Robinson                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1          User: pzeho              Page 1 of 1              Date Rcvd: Dec 12, 2016
                              Form ID: pdf727          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db             +Carol Robinson,    PO Box 21620,    South Euclid, OH 44121-0620
intp           +Hall R. Cheri,    2325 Ridgedale Dr.,    Grayson, GA 30017-1152
24624332       +CHERI R. HALL,    2325 RIDGEDALE ROAD,    GRAYSOM, GA 30017-1152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24626508        E-mail/Text: ally@ebn.phinsolutions.com Dec 12 2016 22:31:34      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                           Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
              Craig H. Shopneck     ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
                                                                                              TOTAL: 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-16633 |
| | ) | |
| CAROL ROBINSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| | ) | **ORDER DISMISSING CASE** |

An order entered on December 5, 2016 denied the debtor's application to pay the filing fee in installments, required the fee to be paid by December 9, 2016, and provided that the case would be dismissed if the fee was not paid, with jurisdiction retained as to whether there should be with a 1-year bar against re-filing. (Docket 8). As the debtor failed to pay the fee by December 9, 2016, the case is dismissed and jurisdiction is retained as to sanctions.

IT IS SO ORDERED.

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge