```
                           United States Bankruptcy Court
                             Northern District of Ohio
```

In re:                                                          Case No. 16-16633-pmc
Carol Robinson                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1          User: pzeho               Page 1 of 1           Date Rcvd: Dec 12, 2016
                              Form ID: pdf984           Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db             +Carol Robinson,    PO Box 21620,    South Euclid, OH 44121-0620
intp           +Hall R. Cheri,    2325 Ridgedale Dr.,    Grayson, GA 30017-1152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Dec 12 2016 22:32:16      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
                                                                                             TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
              Craig H. Shopneck    ch13shopneck@ch13cleve.com,   cshopneck13@ecf.epiqsystems.com
                                                                                             TOTAL: 1
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



| In re: | ) | Case No. 16-16633 |
|---|---|---|
| CAROL ROBINSON, | ) | Chapter 13 |
| Debtor. | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | **ORDER REQUIRING DEBTOR TO APPEAR AND SHOW CAUSE** |

This is the debtor's 17th case since 2007. The Court dismissed this case because the debtor did not pay the filing fee by December 9, 2016. (Docket 8). The Court retained jurisdiction as to sanctions. While the debtor late-paid the fee for this case, she still owes fees in her other cases: case no. 07-14210 ($272.00); case no. 08-18214 ($274.00); case no. 09-19290 ($274.00); case no. 10-14304 ($274.00); case no. 10-21142 ($5.00); case no. 15-16414 ($310.00); and 15-17123 ($210.00), for a total of $1,619.00.

IT IS, THEREFORE, ORDERED that the debtor Carol Robinson is to appear on **January 12, 2017** at 8:30 a.m. in Courtroom 2A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio to show cause why she has failed to address this issue in her cases. She should be prepared to explain why a 1-year bar against filing a petition under the Bankruptcy Code should not be imposed. *See* 11 U.S.C. §349(a).

IT IS SO ORDERED.

/s/ Pat E. Morgenstern-Clarren
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge