UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



In re:                                ) Case No. 16-16633
                                      )
CAROL ROBINSON,                       ) Chapter 7
                                      )
           Debtor.                    ) Judge Pat E. Morgenstern-Clarren
                                      )
                                      ) **ORDER DISMISSING CASE**
                                      ) **WITH SANCTIONS**

The Court entered an order requiring the debtor to appear and show cause as to why this case should not be dismissed with sanctions for failure to address issues regarding fee payments in previous cases. (Docket 17).

The Court held the show cause hearing on January 12, 2017. The debtor did not appear.

IT IS, THEREFORE, ORDERED that this case is dismissed for failure to prosecute, failure to pay the fees, and failure to appear.

IT IS FURTHER ORDERED that the debtor is barred from filing a new bankruptcy petition under any chapter of the Bankruptcy Code in any court for a period of one year from the date on which this order is entered.

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge