```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                      Case No. 16-16633-pmc
Carol Robinson                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: bfaun              Page 1 of 1              Date Rcvd: Jan 12, 2017
                               Form ID: pdf727          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
```
db           +Carol Robinson,    PO Box 21620,    South Euclid, OH 44121-0620
intp         +Hall R. Cheri,    2325 Ridgedale Dr.,    Grayson, GA 30017-1152
24624332     +CHERI R. HALL,    2325 RIDGEDALE ROAD,    GRAYSOM, GA 30017-1152
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24626508      E-mail/Text: ally@ebn.phinsolutions.com Jan 12 2017 22:44:41      Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
```
              Craig H. Shopneck    ch13shopneck@ch13cleve.com,  cshopneck13@ecf.epiqsystems.com
                                                                                             TOTAL: 1
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



In re: ) Case No. 16-16633
)
CAROL ROBINSON, ) Chapter 7
)
      Debtor. ) Judge Pat E. Morgenstern-Clarren
)
) **ORDER DISMISSING CASE**
) **WITH SANCTIONS**

    The Court entered an order requiring the debtor to appear and show cause as to why this case should not be dismissed with sanctions for failure to address issues regarding fee payments in previous cases. (Docket 17).

    The Court held the show cause hearing on January 12, 2017. The debtor did not appear.

    IT IS, THEREFORE, ORDERED that this case is dismissed for failure to prosecute, failure to pay the fees, and failure to appear.

    IT IS FURTHER ORDERED that the debtor is barred from filing a new bankruptcy petition under any chapter of the Bankruptcy Code in any court for a period of one year from the date on which this order is entered.

                                      _____
                                      Pat E. Morgenstern-Clarren
                                      United States Bankruptcy Judge